UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BEAR INDUSTRIES, INC.
AND GREAT AMERICAN INS.
CO. OF NEW YORK

CIVIL ACTION

VERSUS

NUMBER 10-182-FJP-CN

FIRST MARINE TRANSPORTATION
CORP., INC.

**ORDER**

This matter is before the Court on the Motion to Dismiss filed by defendant First Marine Transportation Corp., Inc.[1] The plaintiff has opposed the motion.[2] The arguments of the parties focus on whether the Court has personal jurisdiction over the defendant in this matter. However, after a careful review of the facts in this case, the Court finds that for the convenience of parties and witnesses, and in the interest of justice and judicial economy, the United States District Court for the Western District of Kentucky is the most convenient forum for the trial of this matter pursuant to 28 U.S.C. 1404(a).[3]

---

[1] Rec. Doc. No. 7.

[2] Rec. Doc. No. 14.

[3] The Court makes no ruling on whether it has personal jurisdiction over the defendant in this case. However, the Court notes that even if it did find personal jurisdiction over this defendant, the Court still believes transferring this case to the Eastern District of Kentucky is proper under the law and facts of the case.

Doc#47008

C: Western District of Kentucky

Therefore:

IT IS ORDERED that this matter shall be transferred to the Western District of Kentucky.

Baton Rouge, Louisiana, November 12, 2010.

```
                              FRANK J. POLOZOLA
                              MIDDLE DISTRICT OF LOUISIANA
```

Doc#47008